UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cr-00193-JPH-MG |
| ) | |
| THOMAS CADE MARTIN, ) | -01 |
| ) | |
| Defendant. ) | |

**ENTRY FOR MAY 29, 2024**

On this date, Thomas Cade Martin appeared in person and by counsel, Jonathan A. Bont for a change of plea and sentencing hearing. The government appeared by counsel, Assistant United States Attorney Tiffany Jacqueline Preston, with its investigative agent, Special Agent Willmann. Gerald Smith appeared on behalf of the United States Probation Office. The hearing was recorded by Court Reporter Jodie Franzen.

Defendant was placed under oath. The Court found that Defendant was fully competent and able to enter an informed plea; Defendant's plea was being made knowingly and voluntarily; and the plea was supported by an independent basis in fact containing each of the essential elements of the offenses charged. The Court accepted the Plea of Guilty after conducting the requisite hearing under Federal Rule of Criminal Procedure 11(b). The Court adjudged Defendant guilty of Counts 1 and 2.

The Court reviewed the presentence investigation report. There were no objections to the presentence investigation report. The Court heard a

statement from Defendant. A victim impact statement from the mother of Minor Victim 1 was read. The parties were heard with respect to the sentence, application of the Sentencing Guidelines and application of 18 U.S.C. § 3553(a) factors. For the reasons stated, Defendant was sentenced to 275 months' imprisonment, 240 months on Count 1 and 35 months on Count 2 to be served consecutively and 20 years' supervised release on each of Counts 1 and 2 to be served concurrently. No fine was imposed. A special assessment of $200.00 was imposed and an order of forfeiture for items listed in the order granting motion for preliminary order of forfeiture of property, dkt. 50. Restitution was ordered. Defendant was remanded to the custody of the U.S. Marshal. The Judgment is forthcoming.

Distribution:

All Electronically Registered Counsel.